UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Daniel REYES GAMBOA,

    Defendant
_____/

Case: 2:25−cr−20899
Assigned To : Michelson, Laurie J.
Referral Judge: Grand, David R.
Assign. Date : 12/5/2025
Description: INFO USA V. REYES GAMBOA (AB)

Violations: 8 U.S.C. §1326(a); 18 U.S.C. § 111(a)(1) and (b)

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**

### COUNT ONE
### 8 U.S.C. § 1326(a) - Unlawful Re-Entry

On or about November 24, 2025, within the Eastern District of Michigan, Southern Division, Daniel REYES GAMBOA, an alien who had been excluded, deported and removed from the United States on or about April 9, 2016, was found in the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 8 U.S.C. § 1326(a).

1

## COUNT TWO

### 18 U.S.C. § 111(a)(1) and (b)– Assaulting, Resisting or Impeding a Federal Officer(s), Using a Deadly or Dangerous Weapon

On or about November 24, 2025, within the Eastern District of Michigan, Southern Division, Daniel REYES GAMBOA, did intentionally and knowingly forcibly assault, resist, oppose, impede, intimidate and interfere with any person designated in Title 18, United States Code, Section 1114, that is, Agents from the Homeland Security Task Force which included Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Agents, Customs and Border Protection (CBP) Agents and Deputy United States Marshals, while the Agents were engaged in or on account of the performance of their official duties, using a deadly or dangerous weapon, that is, his truck, and causing physical contact with the Agents, in violation of Title 18, United States Code, Section 111(a) and (b).

JEROME F. GORGON JR.
United States Attorney


*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, Homeland Security Unit


*s/ Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney

Dated:  12/5/2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** 2:25−cr−20899 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:  ☐ Yes  ☒ No | **Judge Assigned:**<br>**AUSA's Initials:** *SEF* |

**Case Title:** USA v. Daniel REYES GAMBOA

**County where offense occurred:** WASHTENAW

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30727 ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 5, 2025
    Date

*Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.